B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   SW Boston Hotel Venture LLC                                    Case No.   10-14535
                                    Debtor(s)                          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bovis Lend Lease LMB, Inc., Attn: Geoff<br>179 Lincoln Street<br>Boston, MA 02111 | Bovis Lend Lease LMB, Inc., Attn: Geoff<br>179 Lincoln Street<br>Boston, MA 02111 | | | 699,872.63 |
| The 100 Stuart St. Residential Condomini<br>PO Box 22051<br>Lake Buena Vista, FL 32830 | The 100 Stuart St. Residential Condomini<br>PO Box 22051<br>Lake Buena Vista, FL 32830 | | | 229,806.53 |
| Edwards Angell Palmer & Dodge, Att: Reb<br>111 Huntington Avenue<br>Boston, MA 02199 | Edwards Angell Palmer & Dodge, Att: Reb<br>111 Huntington Avenue<br>Boston, MA 02199 | | | 137,603.49 |
| Gilmartin, Magence & Ross LLP<br>376 Boyston Street<br>Boston, MA 02116 | Gilmartin, Magence & Ross LLP<br>376 Boyston Street<br>Boston, MA 02116 | | | 57,956.00 |
| GS Associates, Inc.<br>65 Parker Street<br>Suite 2, NE 01950 | GS Associates, Inc.<br>65 Parker Street<br>Suite 2, NE 01950 | | | 45,265.05 |
| Otis & Ahern, Attn: Kevin Ahearn<br>200 Newbury Street<br>Boston, MA 02116 | Otis & Ahern, Attn: Kevin Ahearn<br>200 Newbury Street<br>Boston, MA 02116 | | | 41,529.42 |
| Capital Hotel Management LLC<br>548 Cabot Street<br>Beverly, MA 01915 | Capital Hotel Management LLC<br>548 Cabot Street<br>Beverly, MA 01915 | | | 41,218.26 |
| UCS Services, Inc.<br>42 Stillman Rd.<br>Lynnfield, MA 01940 | UCS Services, Inc.<br>42 Stillman Rd.<br>Lynnfield, MA 01940 | | | 36,771.00 |
| TRO Jung Brannen<br>22 Boston Wharf Road<br>Boston, MA 02210 | TRO Jung Brannen<br>22 Boston Wharf Road<br>Boston, MA 02210 | | | 34,701.34 |
| Duff & Phelps<br>12595 Collection Center Dr.<br>Chicago, IL 60693 | Duff & Phelps<br>12595 Collection Center Dr.<br>Chicago, IL 60693 | | | 29,511.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    SW Boston Hotel Venture LLC                                   Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MS Signs Inc. 183-229 Grand Street Unit A, PA 07501 | MS Signs Inc. 183-229 Grand Street Unit A, PA 07501 | | | 19,977.14 |
| Prudential Real Estate Investors (Beacon 8 Campus Drive Parsippany, NY 07054 | Prudential Real Estate Investors (Beacon 8 Campus Drive Parsippany, NY 07054 | | | 17,923.25 |
| Nstar PO Box 4508 Woburn, MA 01888 | Nstar PO Box 4508 Woburn, MA 01888 | | | 11,336.95 |
| Meichi Peng Design Studio 460 Harrison Ave. Boston, MA 02118 | Meichi Peng Design Studio 460 Harrison Ave. Boston, MA 02118 | | | 10,353.94 |
| DiPesa & Company, CPA's 1250 Hancock Street Quincy, MA 02169 | DiPesa & Company, CPA's 1250 Hancock Street Quincy, MA 02169 | | | 10,000.00 |
| Inspection & Valuation International, In 55 West Red Oak Lane White Plains, NY 10604 | Inspection & Valuation International, In 55 West Red Oak Lane White Plains, NY 10604 | | | 6,450.00 |
| Kortenhaus Communications 29 Commonweath Avenue Boston, MA 02116 | Kortenhaus Communications 29 Commonweath Avenue Boston, MA 02116 | | | 6,065.56 |
| Niche Development 317 Adelaide Street West Ste 205, Toronto, Ontario Canada, M5V1P9 | Niche Development 317 Adelaide Street West Ste 205, Toronto, Ontario Canada, M5V1P9 | | | 5,000.00 |
| Falvey Finishing Co., Inc. 111 Boston St. Dorchester, MA 02125 | Falvey Finishing Co., Inc. 111 Boston St. Dorchester, MA 02125 | | | 4,500.00 |
| E.A. Spry & Co., Inc. 54 Holton Street Woburn, MA 01801 | E.A. Spry & Co., Inc. 54 Holton Street Woburn, MA 01801 | | | 4,312.60 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____    Signature    /s/ Carol S. Parks
                                                      **Carol S. Parks**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.