UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| SW BOSTON HOTEL VENTURE ) | Case No. 10-14535-JNF |
| LLC, *et al.* ) | |
| ) | (*Jointly Administered*) |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance for the Official Committee of Unsecured Creditors of SW Boston Hotel Venture LLC and its jointly administered debtors pursuant to Fed. R. Bankr. P. 9010(b) and MLBR 9010-3 and requests pursuant to 11 U.S.C. § 342 and Fed. R. Bankr. P. 2002 and 9007 that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned counsel at the address set forth below.

                    OFFICIAL COMMITTEE OF
                    UNSECURED CREDITORS OF
                    SW BOSTON HOTEL VENTURE LLC, *ET AL.*,

                    By its proposed attorneys,

                    /s/ Michael J. Fencer

                    Steven C. Reingold (BBO No. 638349)
                    Michael J. Fencer (BBO No. 648288)
                    Brendan C. Recupero (BBO No. 645032)
                    JAGER SMITH P.C.
                    One Financial Center
                    Boston, Massachusetts 02111
                    telephone: 617-951-0500
                    facsimile:  617-951-2414
                    email:  sreingold@jagersmith.com
                               mfencer@jagersmith.com
                               brecupero@jagersmith.com

Dated: May 13, 2010