B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    **SW Boston Hotel Venture, LLC**

Debtor

Case No. ___**10-14535-JNF**___

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 223,287,214.10 | | |
| B - Personal Property | Yes | 7 | 8,890,484.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 191,303,185.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 1,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 29,269,364.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 232,177,698.49 | | |
| Total Liabilities | | | | 220,574,050.36 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **SW Boston Hotel Venture, LLC**
Debtor

Case No.  **10-14535-JNF**

Chapter  **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **SW Boston Hotel Venture, LLC**                                    Case No.   **10-14535-JNF**
_____
                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

**\* Note - All values listed are book value unless noted, which book values may not reflect the fair market value of the Debtor's interest in the property.**

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Description:** **Land, Hotel, Condominiums, Restuarant, Furniture & Fixtures and Equipment** **Location:** **100 Stuart Street** **Boston, MA  02116** | **Fee simple** | - | **$223,287,214.10\*** | **$191,303,185.86** |
|  |  | Total: | **$223,287,214.10** |  |

(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **SW Boston Hotel Venture, LLC**                                         Case No.    **10-14535-JNF**
_____ ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Description:** <br> **Cash on hand at W Boston Hotel** <br><br> **Location:** <br> **100 Stuart Street** <br> **Boston, MA  02116** | - | 35,000.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account at Sovereign Bank** <br> **# 61804962662** <br> **Location:** <br> **Park Square Branch** <br> **61 Arlington Street** <br> **Boston, MA  02116** | - | 49.82 |
| | | **Bank of America Operating Acct - Garage** <br> **Acct #0046 2879 5421** <br> **Location:** <br> **699 Boylston Street** <br> **Boston, MA  02116** | - | 40,000.00 |
| | | **Project Closeout Acct** <br> **Acct# 38704861541** <br> **Location:** <br> **Sovereign Bank** <br> **Park Square Branch** <br> **61 Arlington Street** <br> **Boston, MA  02116** | - | 931,891.93 |
| | | **Lockbox Operating Acct** <br> **Acct# 38704861525** <br> **Location:** <br> **Sovereign Bank** <br> **Park Square Branch** <br> **61 Arlington Street** <br> **Boston, MA  02116** | - | 566,144.62 |

Sub-Total >      **1,573,086.37**
(Total of this page)

__6__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC** _____,   Case No. ___**10-14535-JNF**_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Money Market Escrow Acct Acct# - 108200269439 Location: RBS Citizens 1 Citizens Plz Providence, RI 02903-1339** | - | 3,375,847.60 |
| | | **Description: Credit Card Deposit Acct at W Boston Hotel** | - | 532,066.23 |
| | | **Location:** | | |
| | | **Description: Renovation Acct #4426833666** | - | 204,714.80 |
| | | **Location: Bank of America, N.A. Dallas, TX 75293-2406** | | |
| | | **Description: Money Market Acct# 224-23467-1-2-EMT at W Boston Hotel** | - | 98,757.90 |
| | | **Location: Bank of America Securities LLC 901 Main Street Dallas, TX 75202** | | |
| | | **Description: Operating Acct #4426940494 at W Boston Hotel** | - | 750,748.94 |
| | | **Location: Bank of America, N.A. Dallas, TX 75283-2406** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

Sub-Total >     4,962,135.47
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SW Boston Hotel Venture, LLC**                                      Case No.    **10-14535-JNF**
—————————————————————————————————,
                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Description:** **W Hotel AR** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 487,138.68 |
| | | **Description:** **Residence AR at W Boston Hotel** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 25,634.16 |
| | | | Sub-Total > (Total of this page) | 512,772.84 |

Sheet __2__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SW Boston Hotel Venture, LLC**                                          Case No.    **10-14535-JNF**
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Description:** **Franchise License Agreement - Bliss Spa** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | **Unknown** |
| | | **Description:** **Franchise License Agreement - Culinary Concepts** **John George** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | **Unknown** |
| | | **Description:** **Management Agreement - Starwood Hotel** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    SW Boston Hotel Venture, LLC                                                        Case No.    10-14535-JNF
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Description: Furniture, Fixtures and Equipment  Location: 100 Stuart Street Boston, MA 02116 | - | Unknown |
| 30. Inventory. | | Description: Munchie Box Inventory (in room inventory) at W Boston Hotel  Location: 100 Stuart Street Boston, MA 02116 | - | 52,034.54 |
| | | Description: W Store merchandise at W Boston at Hotel  Location: 100 Stuart Street Boston, MA 02116 | - | 32,750.18 |
| | | Description: Beverage inventory at W Boston Hotel  Location: 100 Stuart Street Boston, MA 02116 | - | 5,562.71 |

Sub-Total >                90,347.43
(Total of this page)

Sheet   4   of   6   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**                                          Case No. __**10-14535-JNF**__
_____ ,
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Description:** **Food inventory at W Boston Hotel** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 15,977.30 |
| | | **Description:** **Beverage inventory at W Boston Restaurant** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 83,077.23 |
| | | **Description:** **Food inventory at W Boston Restaurant** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 14,574.27 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Description:** **Prepaid Insurance at SW Boston Hotel Venture, LLC** **Location:** **200 Newbury Street** **4th Floor** **Boston, MA  02116** | - | 41,298.90 |
| | | **Description:** **General Prepaid Expenses at W Boston Hotel** **Location:** **100 Stuart Street** **Boston, MA  02116** | - | 117,421.07 |

|  | Sub-Total > | 272,348.77 |
|---|---|---|
|  | (Total of this page) | |

Sheet __**5**__ of __**6**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **SW Boston Hotel Venture, LLC**                                          Case No.    **10-14535-JNF**
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Description:** **Prepaid Dues and Subscriptions at W Boston Hotel** | - | 8,567.67 |
| | | **Location:** **100 Stuart Street** **Boston, MA 02116** | | |
| | | **Description:** **Prepaid Maintenace Contracts at W Boston Hotel** | - | 19,746.43 |
| | | **Location:** **100 Stuart Street** **Boston, MA 02116** | | |
| | | **Description:** **Prepaid Insurance at W Boston Hotel** | - | 12,658.41 |
| | | **Location:** **100 Stuart Street** **Boston, MA 02116** | | |
| | | **Description:** **Prepaid Condo Costs at SW Boston Hotel Venture, LLC** | - | 92,771.00 |
| | | **Location:** **200 Newbury Street** **4th Floor** **Boston, MA 02116** | | |
| | | **Description:** **Purchase and Sale Escrow Deposits** | - | 1,179,050.00 |
| | | **Location:** **Escrow Agent - GMR** | | |
| | | **Description:** **Amount Due - Trigen** | - | 75,000.00 |
| | | **Location:** **100 Stuart Street** **Boston, MA 02116** | | |
| | | **Description:** **Amounts due - Insurance claim** | - | 92,000.00 |
| | | **Location:** **Wells Fargo Insurance Agency** | | |

|  |  |
|---|---|
| Sub-Total > | 1,479,793.51 |
| (Total of this page) | |
| Total > | 8,890,484.39 |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **SW Boston Hotel Venture, LLC**                                Case No.      **10-14535-JNF**
                                                          ,
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 12/09/2009 | | | | | |
| **The City of Boston** **26 Court Street** **Boston, MA 02108** | | | - | | **Second Mortgage** | | | | | |
| | | | | | Value $            **Unknown** | | | | **10,500,000.00** | **Unknown** |
| Account No. | | | | | 01/15/2008 | | | | | |
| **The Prudential Insurance Co. of America** **8 Campus Drive** **4th Floor** **Parsippany, NJ 07054** | | | - | | **First Mortgage** | | | | | |
| | | | | | Value $            **Unknown** | | | | **180,803,185.86** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 191,303,185.86 | 0.00 |
| | Total (Report on Summary of Schedules) | 191,303,185.86 | 0.00 |

B6E (Official Form 6E) (12/07)

In re   **SW Boston Hotel Venture, LLC**                                                    Case No.   __10-14535-JNF__
_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided it he debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Sheet 1 of 3 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re    **SW Boston Hotel Venture, LLC**                                                          Case No.    **10-14535-JNF**
_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


**Note - Pursuant to the order granting SW Boston Venture, LLC's motion to use cash collateral, debts associated with the operation of the W Hotel and SW Boston Venture, LLC's parking garage have been paid in the ordinary course of business.**


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**                                          Case No.   **10-14535-JNF**
                              Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Barbara Mihalko<br>9 Harcourt Street<br>Apt. 501<br>Boston, MA 02116 | | N A | Commissions payable | | | | $1,000.00 | 0.00 | $1,000.00 |
| Account No. | | | | | | | | | |
| Lara Rosenburgh<br>W Boston Residences<br>110 Stuart Street<br>#17H<br>Boston, MA 02116 | | N A | Commissions payable | | | | $500.00 | 0.00 | $500.00 |
| Subtotals:<br>(Totals of this page) | | | | | | | 1,500.00 | 0.00 | 1,500.00 |
| Total:<br>(Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | | | | | | | 1,500.00 | | |
| Totals:<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | | | | | | | 0.00 | 1,500.00 |

Sheet 3 of 3 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    SW Boston Hotel Venture, LLC _____    Case No.    10-14535-JNF
_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

**Note - Pursuant to the order granting SW Boston Venture, LLC's motion to use cash collateral, debts associated with the operation of the W Hotel and SW Boston Venture, LLC's parking garage have been paid in the ordinary course of business.**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| ACCOUNT NO. | | | | Various | | | | |
| 100 Stuart Street Residential 200 Newbury Street 4th Floor Boston, MA 02116 | | N A | | | X | | | 229,806.53 |
| ACCOUNT NO. | | | | 01/15/2008 | | | | |
| 100 Stuart Street, LLC 200 Newbury Street 4th Floor Boston, MA 02116 | | N A | | Guarantor of the Prudential Construction Loan Agreement | X | X | | 0.00 |

Sheet 1 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037      40780      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**                                    Case No   **10-14535-JNF**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 30 - 32 Oliver Street Corp. <br> 200 Newbury Street <br> 4th Floor <br> Boston, MA 02116 | | N A | 01/15/2008 <br><br> Guarantor of Prudential Construction Loan Agreement | X | X | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> ADD Inc. <br> 311 Summer Street <br> Boston, MA 02210 | | N A | 04/27/10 <br><br> Trade debt | | X | | <br><br> 4,277.34 |
| ACCOUNT NO. <br><br> Auto Sales & Service, Inc. <br> 200 Newbury Street <br> 4th Floor <br> Boston, MA 02116 | | N A | 01/15/2008 <br><br> Guarantor to the Prudential Construction Loan Agreement | X | X | | <br><br> 224,705.86 |
| ACCOUNT NO. <br><br> Bentel & Bentel <br> 22 Buckram Road <br> Locust Valley, NY 11560 | | N A | 04/27/10 <br><br> Trade debt | | X | | <br><br> 403.06 |
| ACCOUNT NO. <br><br> Bovis Lend Lease LMB, Inc. <br> Attn: Geoff Witherford <br> 179 Lincoln Street <br> Boston, MA 02111 | | N A | Various <br><br> Trade Debt | | X | | <br><br> 1,914,872.63 |

Sheet 2 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**                          Case No   **10-14535-JNF**
_____                    _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Brandstand Products 1761 International Pkwy #135 Richardson, TX 75081** | | N A | 04/27/2010 Trade debt | | X | | 230.56 |
| ACCOUNT NO. **Capital Hotel Management, LLC 548 Cabot Street Beverly, MA 01915** | | N A | Various Trade debt | | X | | 61,717.24 |
| ACCOUNT NO. **CT Corporation PO Box 4349 Carol Stream, IL 60197** | | N A | 04/06/2010 Trade debt | | X | | 636.00 |
| ACCOUNT NO. **Di Pesa & Company, CPAs 1250 Hancock Street Quincy, MA 02169** | | N A | Trade debt | | X | | 10,000.00 |
| ACCOUNT NO. **Duff & Phelps, LLC 12595 Collection Center Drive Chicago, IL 60693** | | N A | Trade debt | | X | | 29,511.00 |

Sheet 3 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __SW Boston Hotel Venture, LLC__                         Case No __10-14535-JNF__

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| E.A. Spry & Co., Inc. 54 Holton Street Woburn, MA 01801 | | N A | Trade debt | | X | | 4,312.60 |
| ACCOUNT NO. | | | | | | | |
| Edwards Angell Palmer & Dodge, LLP Attn: Rebecca Lee 111 Huntington Avenue Boston, MA 02199 | | N A | Trade debt | | X | | 137,603.49 |
| ACCOUNT NO. | | | | | | | |
| Falvey Fishing Co., Inc. 111 Boston St. Dorchester, MA 02125 | | N A | Trade debt | | X | | 4,500.00 |
| ACCOUNT NO. | | | | | | | |
| Fidelity National Title 133 Federal Street Boston, MA 02110 | | N A | Trade debt | | X | | 650.00 |
| ACCOUNT NO. | | | | | | | |
| Frank Sawyer Corporation 200 Newbury St. 4th Floor Boston, MA 02116 | | N A | 01/15/2008 Guarantor to the Prudential Construction Loan Agreement | X | X | | 6,823,282.88 |

Sheet 4 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **SW Boston Hotel Venture, LLC**                                    Case No  **10-14535-JNF**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Frank Sawyer Corporation 200 Newbury St. 4th Floor Boston, MA 02116 | | N A | Various | X | X | | 810,050.00 |
| ACCOUNT NO. | | | 01/15/2008 | | | | |
| General Trading Co. 200 Newbury St. 4th Floor Boston, MA 02116 | | N A | Guarantor to the Prudential Construction Loan Agreement | X | X | | 1,384,735.23 |
| ACCOUNT NO. | | | | | | | |
| Gilmartin, Magence & Ross LLP 376 Boyston Street Boston, MA 02116 | | N A | Trade debt | | X | | 57,956.00 |
| ACCOUNT NO. | | | | | | | |
| GSA Associates, Inc. 65 Parker Street Suite 2 Newburyport, MA 01950 | | N A | Trade debt | | X | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Howard/Stein-Hudson Associates 38 Chauncy Street Boston, MA 02111 | | N A | Trade debt | | X | | 2,355.00 |
| ACCOUNT NO. | | | | | | | |
| Ikon Financial PO Box 9115 Macon, GA 31208 | | N A | Trade debt | | X | | 958.32 |

Sheet 5 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**                                    Case No   **10-14535-JNF**
_____                                    _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Inspection & Valuation International,Inc 55 West Red Oak Lane White Plains, NY 10604 | | N A | Trade debt | | X | | 6,450.00 |
| ACCOUNT NO. | | | | | | | |
| Jones Lang LaSalle America, Inc. (IL) 3832 Treasury Center Chicago, IL 60694 | | N A | Trade debt | | X | | 51,498.48 |
| ACCOUNT NO. | | | | | | | |
| Kortenhaus Communications 29 Commonwealth Avenue Boston, MA 02116 | | N A | Various Trade debt | | X | | 6,065.56 |
| ACCOUNT NO. | | | | | | | |
| M.S. Signs, Inc. 183-229 Grand Street Unit A Paterson, NJ 07501 | | N A | Trade debt | | X | | 19,977.14 |
| ACCOUNT NO. | | | | | | | |
| Marsh, Moriarty, Ontell & Golder, P.C. 18 Tremont Street Suite 900 Boston, MA 02108 | | N A | Trade debt | | X | | 175.00 |

Sheet 6 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **SW Boston Hotel Venture, LLC**      Case No **10-14535-JNF**

                      Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Meichi Peng Design Studio<br>460 Harrison Avenue<br>Boston, MA 02118 | | N A | | Trade debt | | X | | 10,353.94 |
| ACCOUNT NO.<br><br>Niche Development Construction<br>317 Adelaide Street West<br>Ste. 205<br>Toronto, Ontario Canada, M5V1P9 | | N A | | Trade debt | | X | | 5,000.00 |
| ACCOUNT NO.<br><br>Otis & Ahearn, Inc.<br>Attn: Kevin Ahearn<br>200 Newbury Street<br>Boston, MA 02116 | | N A | | Trade debt | | X | | 53,819.42 |
| ACCOUNT NO.<br><br>Prudential Real Estate Investors<br>Attn: Meghan Murray<br>8 Campus Drive<br>Parsippany, NY 07054 | | N A | | Trade debt | | X | | 17,923.25 |
| ACCOUNT NO.<br><br>Safeguard Business Systems<br>PO Box 88043<br>Chicago, IL 60680 | | N A | | Trade debt | | X | | 102.82 |

Sheet 7 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **SW Boston Hotel Venture, LLC**
_____
                    Debtor(s)

Case No    **10-14535-JNF**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 01/15/2008 | | | | |
| SE Berkeley Street, LLC 200 Newbury Street 4th Floor Boston, MA 02116 | | N A | | X | X | | 17,300,000.00 |
| ACCOUNT NO. | | | | | | | |
| TRO Jung/Brannen 22 Boston Wharf Road Boston, MA 02210 | | N A | Trade debt | | X | | 34,701.34 |
| ACCOUNT NO. | | | | | | | |
| UCS Services, Inc. 42 Stillman Road Lynnfield, MA 01940 | | N A | Trade debt | | X | | 36,771.00 |
| ACCOUNT NO. | | | | | | | |
| Woodmeister Master Builders, Inc. One Woodmeister Way Holden, MA 02150 | | N A | Trade debt | | X | | 3,318.00 |

Total
(Use only on last page of the completed Schedule F.)      29,269,364.50
(Report also on Summary of Schedules and, if applicable, on
the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet 8 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **SW Boston Hotel Venture, LLC**                                    Case No.    **10-14535-JNF**
_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **16A**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **16C**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **16D**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **16F**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **16H**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **17H**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **18A**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **19J**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |

5

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **SW Boston Hotel Venture, LLC**                                      Case No.     **10-14535-JNF**

,             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **21l**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **22l**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **25B**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **ABM**<br>**59 Inner Belt Road**<br>**Somerville, MA 02143** | **Description:**<br>**Third party security services from 10/26/09 - 10/26/10**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **ADP**<br>**5800 Windward Parkway**<br>**Alpharetta, GA 30005** | **Description:**<br>**Time and Attendance System Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Certegy**<br>**11601 Roosevelt Blvd, TA-11**<br>**Saint Petersburg, FL 33716** | **Description:**<br>**Check Warranty Service**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Cliffhanger's, Inc.**<br>**PO Box 124**<br>**Quincy, MA 02171** | **Description:**<br>**Window Cleaning Contract**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Culinary Concepts (Boston) LLC**<br>**270 Lafayette St.**<br>**Ste 1406**<br>**New York, NY 10012** | **Description:**<br>**The Restaurant Management Agreement dated September 11, 2009**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |

Sheet   **1**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **SW Boston Hotel Venture, LLC**                                Case No. ___**10-14535-JNF**___
_____ ,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| DavEl<br>200 Second Street<br>Chelsea, MA 02150 | Description:<br>Limo/Guest Transportation Service Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| Elavon<br>10700 76th<br>Seminole, FL 33777 | Description:<br>Credit Card Processing Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| EZYield.com, Inc.<br>125 Excelsior Parkway<br>Suite 101<br>Winter Springs, FL 32708 | Description:<br>Online Extranet Software Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| Galaxy<br>15621 Red Hill Avenue<br>Suite 100<br>Tustin, CA 92780 | Description:<br>Property Management Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| Garda<br>3280 E Foothill Blvd<br>#290<br>Pasadena, CA 91107 | Description:<br>Armored Car Service Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| Guest Tech Interactive<br>Suite 240 3030 3rd Avenue NE<br>Calgary, Alberta Canada | Description:<br>Internet Support provider<br><br>Nature of Debtor's Interest:<br>Counter-party |
| John's Sewer & Pipe Cleaning, Inc.<br>323 New Boston Street<br>Suite 2<br>Woburn, MA 01801 | Description:<br>Pipe Cleaning Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| LA Barrington<br>33 West Higgins Road<br>Suite 1030<br>Barrington, IL 60010 | Description:<br>Auto Valet Lease Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |
| MD Cleaning<br>198 Tremont St<br>Boston, MA 02116 | Description:<br>Maintenance of Kitchen exhaust systems Agreement<br><br>Nature of Debtor's Interest:<br>Counter-party |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **SW Boston Hotel Venture, LLC**
_____,    Case No.    **10-14535-JNF**
                                                Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Music Styling**<br>**306-1040 Hamilton Street Vancouver**<br>**British Columbia Canada** | **Description:**<br>**Public Space Music Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Orkin Exterminating Co., Inc.**<br>**2170 Piedmont Road, NE**<br>**NH 03024** | **Description:**<br>**Pest Control Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Paetec Comm, Inc.**<br>**600 Willowbrook Office Park**<br>**Fairport, NY 14450** | **Description:**<br>**Internet Service Provider Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **PH4**<br>**100 Stuart Street**<br>**Boston, MA 02116** | **Description:**<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **PSAV Presentation Services**<br>**1700 Golf Road**<br>**Suite 400**<br>**Schaumburg, IL 60173** | **Description:**<br>**Audio Visual Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Ricoh**<br>**5 Dedrick Place**<br>**Caldwell, NJ 07006** | **Description:**<br>**Lease Copier Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Lessee** |
| **Royal Hospitality Services, Inc.**<br>**520 Columbia Street**<br>**Somerville, MA 02143** | **Description:**<br>**Guestroom Laundry Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Save the Stuff, Inc.**<br>**100 Terminal Street**<br>**Charlestown, MA 02129** | **Description:**<br>**Grease Removal Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Shift 4**<br>**1491 Center Crossing Road**<br>**Las Vegas, NV 89144-7047** | **Description:**<br>**Bliss Credit Card Merchant Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **SW Boston Hotel Venture, LLC**                                                Case No.   **10-14535-JNF**
_____ ,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Simplex Grinell, LP**<br>**63 Nahantan Street**<br>**Norwood, MA 02062** | Description:<br>**Fire Alarm Monitoring Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counter-party** |
| **Starwood Hotels and Resorts WorldWide** | Description<br>**Management Contract to which Starwood will operate the W Hotel and its related facilities located at 100 Stuart St, Boston, MA 02116**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **Starwood Hotels and Resorts WorldWide** | Description:<br>**Management Contract for Bliss Spa at the W Boston, Starwood as the spa manager**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **TCC - The Customer Connection**<br>**621 South Andreasen Drive**<br>**Suite B**<br>**Escondido, CA 92029** | Description:<br>**Gift Card Service Contract**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **Trigen-Boston Energy Corporation**<br>**99 Summer Street**<br>**Boston, MA 02110** | Description:<br>**Steam and related equipment Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **Ultimate Parking, LLC**<br>**607 Boylston Street**<br>**Boston, MA 02116-3651** | Description:<br>**Valet Parking Agreement dated September 30, 2009 at the W Boston**<br><br>**Nature of Debtor's Interest:**<br>**Owner of the land/Counterparty** |
| **Unit 16A**<br>**100 Stuart Street**<br>**Boston, MA 02116** | Description:<br>**Purchase and Sales Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |
| **Verizon Wireless**<br>**100 Southgate Pkwy**<br>**Morristown, NJ 07960** | Description:<br>**Cell phone Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |

Sheet __4__ of __5__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **SW Boston Hotel Venture, LLC**                                          Case No.    __10-14535-JNF__
_____,
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Waste Management, Inc.**<br>**26 Patriots Place**<br>**Suite 200**<br>**Foxboro, MA 02035** | **Description:**<br>**Waste Removal Service Agreement**<br><br>**Nature of Debtor's Interest:**<br>**Counterparty** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **SW Boston Hotel Venture, LLC**                                          Case No.    __10-14535-JNF__
                                                                 ,
                                   Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **100 Stuart Street LLC**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |
| **131 Arlington Street Trust**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |
| **131 Arlington Street Trust**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The City of Boston**<br>**26 Court Street**<br>**Boston, MA 02108** |
| **30 - 32 Oliver Street Corporation**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |
| **30 - 32 Oliver Street Corporation**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The City of Boston**<br>**26 Court Street**<br>**Boston, MA 02108** |
| **Auto Sales & Service, Inc.**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |
| **General Land Corp.**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |
| **General Land Corp.**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The City of Boston**<br>**26 Court Street**<br>**Boston, MA 02108** |
| **General Trading Co.**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **SW Boston Hotel Venture, LLC**                              Case No.    __10-14535-JNF__
_____,
Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SE Berkeley Street LLC**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The City of Boston**<br>**26 Court Street**<br>**Boston, MA 02108** |
| **SE McClellan Highway LLC**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The City of Boston**<br>**26 Court Street**<br>**Boston, MA 02108** |
| **The Frank Sawyer Corporation**<br>**200 Newbury Street**<br>**4th Floor**<br>**Boston, MA 02116** | **The Prudential Insurance Co. of America**<br>**8 Campus Drive**<br>**4th Floor**<br>**Parsippany, NJ 07054** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   __SW Boston Hotel Venture, LLC_____   Case No.   __10-14535-JNF____

                                                    Debtor(s)                    Chapter   __11____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __5/26/10_____      Signature _____

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.