# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** SW Boston Hotel Venture LLC and        **Case Number:** 10-14535                **Ch:** 11
General Land Corporation

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing on Cash Collateral
#165 Agreed Order Dated 6/29/2010 Regarding Motion for Authorization of the Interim and
Permanent Use of Cash Collateral, (2) The Granting of Replacement Liens, (3) Entry of
Scheduling Order regarding Continued Use of Cash Collateral and (4) Additional Relief RE:
30-32 Oliver St Corp, General Land Corp, 131 Arlington St Trust    MOVING: Harold B. Murphy

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The parties reported the matter resolved and a proposed agreed order shall be submitted.

IT IS SO NOTED:                                IT IS SO ORDERED:

_____            _____
                                                            Dated: 08/18/2010
Courtroom Deputy                    Joan N. Feeney, U.S. Bankruptcy Judge