UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>SW BOSTON HOTEL VENTURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14535-JNF<br><br>(Jointly Administered) |

## THIRD STATEMENT REGARDING CONTINUED USE OF CASH COLLATERAL

SW Boston Hotel Venture, LLC ("SW Boston"), Auto Sales & Service, Inc. ("Auto Sales"), General Trading Company ("General Trading"), Frank Sawyer Corporation ("Sawyer Corporation"), 100 Stuart Street, LLC ("Stuart Street"), General Land Corporation ("General Land"), 131 Arlington Street Trust ("Arlington Street") and 30-32 Oliver Street Corporation ("Oliver Street") (collectively the "Debtors") hereby submit this statement in support of the continued use of cash collateral in the above jointly administered cases through June 30, 2011.

1.   Five (5) of the Debtors, SW Boston, Auto Sales, General Trading, Sawyer Corporation and Stuart Street filed voluntary Chapter 11 petitions on April 28, 2010.

2.   Three (3) of the Debtors, General Land, Arlington Street and Oliver Street filed voluntary Chapter 11 petitions on June 4, 2010.

3.   On August 24, 2010, the Court entered the *Agreed Order Regarding Motion For Authorization of (1) The Interim And Permanent Use of Cash Collateral, (2) The Granting of Replacement Liens, (3) Entry of Scheduling Order Regarding Continued Use of Cash Collateral*

---

[1] The other Debtors in the jointly administered cases are Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF).

*And (4) Additional Relief* [docket no. 259] (the "Cash Collateral Order") approving the use of cash collateral in all eight (8) cases through November 26, 2010, and scheduling a hearing on the continued use of cash collateral for November 17, 2010 at 11:00 a.m.

4.  The Debtors have been using cash collateral in accordance with the budgets attached to the Cash Collateral Order.

5.  Attached as Exhibit A is a consolidated budget-to-actual statement for the Debtors operations (the "Operations") for the period between April 28, 2010 and October 31, 2010. For this period, the Debtors forecast a negative net cash flow arising from the Operations of approximately $117,000. In fact, the Debtors had a positive net cash flow from Operations of $900,000 resulting in a positive variance of approximately $1,017,000 and generating $900,000 of cash collateral.

6.  Attached as Exhibit B is a consolidated budget-to-actual statement for the Debtors for the period between August 8, 2010 and November 5, 2010.

7.  Attached collectively as Exhibit C are budgets for each of the Debtors, as well as a consolidated budget for all of the Debtors (the "New Budgets"), for the period between December 1, 2010 and June 30, 2011.

8.  The Debtors request the continued use of cash collateral through June 30, 2010 upon the same terms and conditions provided for in the Cash Collateral Order, substituting the New Budgets for the "Budgets" as defined in the Cash Collateral Order.

**[this space intentionally left blank]**

2

**WHEREFORE**, the Debtors respectfully request that this Court enter an order substantially in the form attached hereto as Exhibit D: (a) continuing the Debtors' use of cash collateral upon the terms and conditions described in the Cash Collateral Order and this statement, substituting the New Budgets attached as Exhibit C for the "Budgets" as defined in the Cash Collateral Order, and (b) granting such other and further relief as may be just.

Respectfully Submitted,

SW BOSTON HOTEL VENTURE LLC, *et al.*,

By their counsel,

/s/ *D. Ethan Jeffery*
Harold B. Murphy (BBO #362610)
D. Ethan Jeffery (BBO #631941)
HANIFY & KING, Professional Corporation
One Beacon Street
Boston, Massachusetts  02108-3107
Tel: (617) 423-0400
Fax: (617) 556-8985
Email: dej@hanify.com

Date: November 10, 2010
580916