UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: SW Boston Hotel Venture LLC and 30-32 Oliver Street Corporation     Case Number: 10-14535     Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#350 Motion filed by Debtor SW Boston Hotel Venture LLC to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement
#357 Objection by the Prudential Insurance Company of America

**OUTCOME:**

#350 __Granted____ Denied____ Approved____ Sustained
____ Denied____ Denied without prejudice____ Withdrawn in open court #357 Overruled
____ OSC enforced/released
____ Continued to:_____ For:_____
____ Formal order/stipulation to be submitted by:_____ Date due:_____
____ Findings and conclusions dictated at close of hearing incorporated by reference
____ Taken under advisement: Brief(s) due_____ From_____
            Response(s) due_____ From_____
____ Fees allowed in the amount of: $_____ Expenses of: $_____
____ No appearance/response by:_____
350 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The debtor's motion to extend the exclusivity period for filing a chapter 11 plan and disclosure statement is granted for the reasons stated on the record.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
                                                                                Dated: 11/17/2010
_____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge