UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: SW Boston Hotel Venture LLC and 30-32 Oliver Street Corporation    Case Number: 10-14535    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#461 Motion by Debtor to Approve (Re: #460 Stipulation), to Authorize the Rejection of Certain Contracts, to Authorize Assumption and Assignment of Theme Bar Contract, to Approve Compromise of Claim and For Related Relief
#500 Emergency Motion filed by Debtor to Substitute Amended Agreement

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to: _____ For: _____
_____ Formal order/stipulation to be submitted by: _____ Date due: _____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advisement: Brief(s) due _____ From _____
         Response(s) due _____ From _____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by: _____
X    DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

X #461, #500

Hearing held. No objections were filed. For the reasons stated on the record, both motions are granted.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
                                                   Dated: 03/30/2011
_____
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge