# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  SW Boston Hotel Venture LLC and 30-32    Case Number: 10-14535    Ch: 11
        Oliver Street Corporation

**MOVANT/APPLICANT/PARTIES:**

#494 Motion by Debtor for Approval of (A) Sale Procedures, (B) Break-up Fee and Expense Reimbursement Provisions and (C) (1) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases and (2) Form of Notice of Contract Assumption and Assignment and Cure Amounts in Connection with Sale of the Debtor's Commercial Unit, Parking Garage and Related Assets Free and Clear of All Liens, Claims, Interests and Encumbrances
#499 Limited Objection and Reservation of Rights of Prudential Insurance Company
#505 Limited Objection by Starwood Hotels; #506 Limited Objection by Asst. U.S. Trustee

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the Motion is granted. The Limited Objection and Reservation of Rights (#499) filed by Prudential Insurance Company is overruled as unnecessary. The Limited Objection (#505) filed by Starwood Hotels was reported resolved. The Limited Objection (#506) filed by the Assistant U.S. Trustee is overruled. A separate order was entered.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
                                                                       Dated: 03/30/2011
_____                           _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge