# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** SW Boston Hotel Venture LLC and 30-32    **Case Number:** 10-14535    **Ch:** 11
Oliver Street Corporation

**MOVANT/APPLICANT/PARTIES:**

#513 Disclosure Statement by Debtor with Respect to Joint Plan of Reorganization of SW Boston
Hotel Venture LLC, Auto Sales & Service, Inc., General Trading Co., Frank Sawyer Corp., 100
Stuart St., LLC, 30-32 Oliver St. Corp., General Land Corp. and 131 Arlington St Trust
#550 Notice of Amendment to Exhibits A and C of Disclosure Statement
#574 Limited Opposition by USTrustee Fitzgerald
#575 Omnibus Objection by Purdential Insurance Company of America

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

#513  DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court took the matter under advisement.




IT IS SO NOTED:                         IT IS SO ORDERED:

                                        _Joan N. Feeney_
_____                 _____ Dated:05/02/2011
Courtroom Deputy                        Joan N. Feeney, U.S. Bankruptcy Judge