UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) ) | |
| SW BOSTON HOTEL VENTURE LLC, *et al.*,[1] | ) ) | Chapter 11 Case No. 10-14535 (JNF) |
| Debtors. | ) ) ) | Jointly Administered |

**OBJECTION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO DEBTOR'S MOTION FOR ORDER (I) AUTHORIZING THE SALE OF THE DEBTOR'S COMMERCIAL UNIT, PARKING GARAGE UNIT AND RELATED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH AND (III) GRANTING RELATED RELIEF**

The Prudential Insurance Company of America, on behalf and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA ("Prudential"), hereby objects (this "Objection") to the *Debtor's Motion for Order (I) Authorizing the Sale of the Debtor's Commercial Unit, Parking Garage Unit and Related Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and (III) Granting Related Relief* (the "Sale Motion") [Dkt. No. 495].[2] In support thereof, Prudential respectfully state as follows:

---

[1] The "Debtors" are SW Boston Hotel Venture LLC (Case No. 10-14535-JNF), Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF) (their cases collectively the "Chapter 11 Cases").

[2] All capitalized terms used, but not defined, herein shall have the meanings ascribed to such terms in the Sale Motion.

**OBJECTION**

1.      As this Court is aware, Prudential is the Debtors' senior secured prepetition lender and holds valid, perfected first-priority security interests in substantially all of the Debtors' assets, including the hotel property that operates as the "W" Boston (the "<u>Hotel</u>") and certain residential condominium units known as the "W" Residences (the "<u>Residential Units</u>").  On March 28, 2011, SW Boston filed the Sale Motion with the Bankruptcy Court seeking, among other things, approval of the sale of the Hotel and certain related assets to Razorbacks Owner LLC, an affiliate of Pebblebrook Hotel Trust (collectively, "<u>Pebblebrook</u>" or "<u>Purchaser</u>"), for $89.5 million (the "<u>Hotel Sale</u>").  The Hotel Sale remains subject to higher and better offers.

2.      As the Debtors have apparently expressly forbidden potential bidders from contacting Prudential during the sale process, Prudential has only limited insight into the facts and circumstances surrounding the Hotel sale.  The Debtors have only made Prudential aware of the identity of the parties that have and have not signed confidentiality agreements.  Prudential has no ability to determine whether or not bidders have been presented with a level playing field or if any parties have expressed interest in both the Hotel and the Residential Units.  Moreover, Prudential has no insight into negotiations regarding attendant agreements that may or may not be transferred as part of the sale.

3.      As apparently contemplated, the Hotel Sale will result in a split of ownership between the Hotel and the remaining unsold Residential Units, with Prudential releasing its lien on the Hotel, but retaining its security interests in the unsold Residential Units.  While Prudential does not object generally to the economics of the Hotel Sale, numerous issues attendant to such sale remain outstanding that will impact, among other things, the post-sale value of the

Residential Units. As such, until such issues are resolved, Prudential objects to the relief sought in the Sale Motion, including the Hotel Sale.

4. Among the primary issues that remain open is the post-sale relationship between the Debtors, Pebblebrook and Starwood Hotels & Resorts Worldwide, Inc. (together with certain of its affiliates, "Starwood"). Starwood and SW Boston are parties to several agreements related to the operation and management of both the Hotel and Residential Units, including (i) the Management Contract for W Boston dated August 23, 2005 (the "Hotel Management Agreement"); (ii) the Condominium Marketing License Agreement For W Boston Residences dated July, 2006 (the "CMLA"); (iii) the Primary Condominium Association Management Agreement dated as of December 10, 2009; (iv) the Residential Condominium Association Management Agreement dated as of December 10, 2009; and (v) the Technical Services Agreement dated as of August 23, 2005 (the "Technical Services Agreement"). These agreements govern Starwood's management of both the Hotel and the Residential Units. In certain instances, the services provided by Starwood are provided on an aggregate basis to both entities. The Hotel PSA is silent as to how costs will be shared between the Hotel and Residential Units on a post-sale basis. While Prudential has repeatedly requested such information from the Debtors, none has yet been provided. It is Prudential's belief that such details have yet to negotiated or agreed upon. These open points are of paramount concern to Prudential because the residual costs associated with the Residential Units will have a direct impact on their value.

5. In addition, the Hotel PSA provides for numerous deductions to be netted from the sales proceeds before any money flows to Prudential. While the Debtors have provided a preliminary estimate of the deductions, it is difficult to determine the full scope and magnitude of

3

such deductions. To date, Prudential has not received a satisfactory final net proceeds analysis that provides definitive amounts for such deductions. Nor has Prudential been informed as to the timing of when it will receive such net proceeds. Before Prudential can consent to the Hotel Sale, as required under section 363(f) of the Bankruptcy Code, the Debtors must provide a detailed breakdown of the exact amounts that will come out of the sale proceeds before Prudential receives the balance.

6. Indeed, these issues are likely of material concern to other potential bidders. If the bidding process is going to effectively encourage higher and better offers, potential bidders must understand the resulting cost structure associated with the Hotel. As noted earlier, Prudential has not had contact with Pebblebrook or any other potential bidder. In fact, as noted above, it is Prudential's understanding that, in connection with the sale process, any party wishing to obtain due diligence on the Hotel is being required by the Debtors to sign a confidentiality agreement that prohibits such party from engaging Prudential, as the secured lender, in discussions or negotiations. This directly contradicts the stated intention of the process to elicit higher and better offers, as potential bidders would presumably want to engage the secured lender in pre-closing discussions.

7. Accordingly, until such issues are resolved, Prudential objects to the Hotel Sale. Prudential further reserves its rights to pursue discovery relating to the Hotel Sale in accordance with Federal Rules of Bankruptcy Procedure.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Prudential respectfully request that this Court enter an order granting the relief requested herein and such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ON BEHALF OF AND SOLELY FOR THE BENEFIT OF, AND WITH ITS LIABILITY LIMITED TO THE ASSETS OF, ITS INSURANCE COMPANY SEPARATE ACCOUNT, PRISA

    By: /s/ Gina Lynn Martin
    Gina L. Martin (BBO# 643801)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, Massachusetts 02109
    Telephone (617) 570-1000
    Facsimile (617) 523-1231
    Email: gmartin@goodwinprocter.com

    -and-

    Emanuel C. Grillo
    GOODWIN PROCTER LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    Telephone (212) 813-8800
    Facsimile (212) 355-3333

    *Attorneys for The Prudential Insurance Company of America on Behalf of and Solely for the Benefit of, and with its Liability Limited to the Assets of, its Insurance Company Separate Account, PRISA*

Dated: May 12, 2011

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re** | ) ) ) | **Chapter 11** |
| **SW BOSTON HOTEL VENTURE LLC,** *et al.* | ) ) | **Case No. 10-14535 (JNF)** |
| **Debtors.** | ) ) ) | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Gina L. Martin, hereby certify that on May 12, 2011, I caused a true and correct copy of the following document filed in the above-captioned proceeding to be served upon the parties listed on Schedule A attached hereto via the CM/ECF system; and upon the parties listed on Schedule B attached hereto via electronic mail:

> Objection of the Prudential Insurance Company of America to Debtor's Motion for Order (I) Authorizing the Sale of the Debtor's Commercial Unit, Parking Garage Unit and Related Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases In Connection Therewith and (III) Granting Related Relief

/s/ Gina L. Martin
Gina L. Martin (BBO# 643801)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: gmartin@goodwinprocter.com

# SCHEDULE A

**VIA ECF**

| | |
|---|---|
| John Fitzgerald, Esq.<br>Paula R. C. Bachtell, Esq.<br>Office of the United States Trustee<br>5 Post Office Square, Suite 1000<br>Boston, MA 02109<br>Email: USTPRegion01.BO.ECF@USDOJ.GOV<br>paula.bachtell@usdoj.gov | John J. Monaghan, Esq.<br>Lynne B. Xerras, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Email: bos-bankruptcy@hklaw.com<br>*(Counsel to Culinary Concepts and Starwood Hotels and Resorts Worldwide, Inc. and certain of its affiliates, including, but not limited to, W Hotel Management, Inc.)* |
| Harold B. Murphy, Esq.<br>D. Ethan Jeffery, Esq.<br>Christopher M. Condon, Esq.<br>Natalie B. Sawyer, Esq.<br>Charles R. Bennett, Esq.<br>John C. Elstad, Esq.<br>Murphy & King, P.C.<br>One Beacon Street, 21st Floor<br>Boston, MA 02108<br>Email: nbs@murphyking.com<br>crb@murphyking.com<br>dej@murphyking.com<br>cmc@murphyking.com<br>pas@murphyking.com<br>bankruptcy@murphyking.com<br>ddk@murphyking.com<br>icm@murphyking.com<br>jce@murphyking.com<br>plb@murphyking.com<br>*(Counsel to SW Boston Hotel Venture LLC, et al)* | Kate Buyuk, Esq.<br>Joseph F. Ryan, Esq.<br>Lyne, Woodworth, & Evarts LLP<br>12 Post Office Square<br>Boston, MA 02109<br>Email: kbuyuk@lwelaw.com<br>jryan@lwelaw.com<br>*(Counsel to City of Boston)* |
| Michael J. Fencer, Esq.<br>Brendan C. Recupero, Esq.<br>Bruce F. Smith, Esq.<br>Steven C. Reingold, Esq.<br>Jager Smith, PC<br>One Financial Center<br>Boston, MA 02111<br>Email: mfencer@jagersmith.com<br>brecupero@jagersmith.com<br>bankruptcy@jagersmith.com<br>sreingold@jagersmith.com<br>bsmith@jagersmith.com<br>*(Counsel to Official Committee of Unsecured Creditors)* | James F. Coffey, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Email jcoffey@nutter.com<br>epleadings@nutter.com<br>*(Counsel to Sovereign Bank)* |

1

Richard N. Gottlieb, Esq.
Law Offices of Richard N. Gottlieb
11 Beacon Street, Suite 625
Boston, MA 02108
Email: rnglaw@verizon.net
hk.gottlieblaw@verizon.net
(*Counsel to Woodmeister Master Builders, Inc.*)

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Email: jfrank@fgllp.com
ccarpenter@fgllp.com
(*Counsel to Jones Lang LaSalle Americas, Inc.*)

David N. Crapo, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
Email: dcrapo@gibbonslaw.com
(*Counsel to Trigen-Boston Energy Corporation*)

E. Todd Sable, Esq.
Honigan Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Email: tsable@honigman.com
(*Counsel to Razorbacks Owner LLC*)

James S. LaMontagne, Esq.
Sheehan Phinney Bass + Green, P.A.
1000 Elm Street
Manchester, NH 03105
Email: jlamontagne@sheehan.com
nhbankruptcycourt@sheehan.com
ntoli@sheehan.com
(*Counsel to Front Line, Inc.*)

John L. Whitlock
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Email: jwhitlock@eapdlaw.com

Victor Bass, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Email: vbass@burnslev.com
cparis@burnslev.com
(*Counsel to Bovis Lend Lease LMB, Inc.*)

Thomas S. Vangel, Esq.
Ryan M. MacDonald, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110
Email: tvangel@murthalaw.com
rmacdonald@murthalaw.com
kbratko@murthalaw.com
(*Counsel to E.M Duggan, Inc.*)

David M. Banash, Esq.
David M. Banash, P.C.
375 Totten Pond Road, Suite 102
Waltham, MA 02451-2010
Email: d.banash1@verizon.net
(*Counsel to Stephen T. Sonis*)

Bertin C. Emmons, Esq.
Sovereign Bank
75 State Street
Boston, MA 02109
(617) 757-5440
Email: bemmons@sovereignbank.com

Roger N. LeBoeuf, Esq.
Heald & LeBoeuf, Ltd.
One Turks Head Place
76 Westminster Street, Suite 600
Providence, RI 02903
Email: rnl@healdandleboeuf.com
(*Counsel to Kenvo Floor Co., Inc*.)

2

## Schedule B

**VIA ELECTRONIC MAIL**

Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Email: sboehm@mcguirewoods.com
(*Counsel for The Guardian Life Insurance Company of America*)

Murphy & King, P.C.
One Beacon Street
21st Floor
Boston, MA 02108
Email: bankruptcy@murphyking.com
nbs@murphyking.com

Duff & Phelps LLC
Attention: Christopher C. Matteson, Esq.
Duff & Phelps
12595 Collection Center Drive
Chicago, IL 60693
Email: chris.matteson@duffandphelps.com

Otis & Ahearn
Attn: Kevin Ahearn
200 Newbury Street
Boston, MA 02116
Email: kahearn@otisahearn.com

Argus Management Corporation and Financial Advisors
c/o John G. Haggerty
15 Ketih Hill Road
Suite 100
Grafton, MA 01519
Email: jhaggerty@arguscorp.net

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Email: jdoran@haslaw.com
calirm@haslaw.com
(*Counsel to J. Derenzo Co.*)

Jager Smith P.C.
One Financial Center
Boston, Massachusetts 02111
Email: sreingold@jagersmith.com
mfencer@jagersmith.com;
brecupero@jagersmith.com

IKON Financial Services
Bankruptcy Administration
Attn: Christine R. Etheridge
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
Email: christine.etheridge@ikonfin.com

Gilmartin, Magence & Ross LLP
376 Boyston Street
Boston, MA 02116
Email: craig@gmr-law.com

FTI Consulting, Inc.
c/o Robert Duffy
200 State Street, 9th Floor
Boston, MA 02109
Email: bob.duffy@fticonsulting.com

Peter Friedenberg, Esq.
Sherin & Lodgen LLP
101 Federal Street, 30th floor
Boston, MA
Email: pfriedenberg@sherin.com
(*Counsel to Kevin Bright*)

Karen R. Pifer, Esq.
Honigan Miller Schwartz and Cohn LLP
38500 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
Email: kpifer@honigman.com
(*Counsel to Pebblebrook Hotel Trust*)