## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re: | Chapter 11 |
| SW BOSTON HOTEL VENTURE, LLC, *et al.*, [1] | Case No. 10-14535-JNF |
| Debtors. | (Jointly Administered) |

### REPORT OF PLAN VOTING WITH RESPECT TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF SW BOSTON HOTEL VENTURE LLC, AUTO SALES & SERVICE, INC., GENERAL TRADING COMPANY, FRANK SAWYER CORPORATION, 100 STUART STREET, LLC, 30-32 OLIVER STREET CORPORATION, GENERAL LAND CORPORATION AND 131 ARLINGTON STREET TRUST

SW Boston Hotel Venture, LLC, Auto Sales & Services, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust (collectively the "Debtors") submit this report of voting on their *First Amended Joint Plan of Reorganization of SW Hotel Venture, LLC, Auto Sales & Service, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust* (the "Plan") [docket no. 586], and in support thereof avers as follows:

1.    May 25, 2011, the Court entered an order (the "Disclosure Statement Order") approving the disclosure statement associated with the Plan.  Among other things, the Disclosure Statement Order established June 24, 2011 at 5:00 p.m. (the "Voting Deadline") as the deadline for the submission of ballots with respect to the Plan.

---

[1]  The debtors in these jointly administered cases besides SW Boston are Auto Sales & Service, Inc. ("Auto Sales"), General Trading Company ("General Trading"), Frank Sawyer Corporation ("Sawyer Corporation"), 100 Stuart Street, LLC ("Stuart Street"), General Land Corporation ("General Land"), 131 Arlington Street Trust ("Arlington Street") and 30-32 Oliver Street Corporation ("Oliver Street").

2.      The Debtor's solicitation of votes with respect to the Plan complied with the Disclosure Statement Order.

3.      A chart detailing the ballots received by the Debtor is attached as <u>Exhibit A</u>.

4.      Except for the vote of Bovis Lend Lease, LMB ("Bovis"), which voted to accept the Plan on June 26, 2011, all of the ballots received by the Debtor were received on or prior to the Voting Deadline.  With the exception of the ballot from E.M. Duggan, Inc. ("Duggan"), all of the ballots that were timely submitted were submitted in compliance with the voting procedures set forth in the Disclosure Statement Order.  No ballots submitted by insiders, as that term is defined in the Bankruptcy Code, were considered for purposes of determining the outcome of the vote on the Plan.

5.      Duggan's ballot, which was a Class 5A ballot accepting the plan based on a claim in the amount of $193,000, was submitted by electronic mail and therefore did not comply with the voting procedures set forth in the Disclosure Statement Order.  Duggan's ballot has not been counted.  Since one hundred percent (100%) of the properly submitted Class 5A ballots accepted the Plan, Duggan's ballot would not alter the outcome of the voting in Class 5A even if it were counted.

6.      Based on the Ballots, the Balloting Procedures and the Disclosure Statement Order, the classes of claims and equity interests under the Plan have voted as follows:

a.      **Class 1A - H**: <u>Priority Claims</u> (Unimpaired under the Plan)

**Result:** No ballots were received from the holders of claims in Classes 1A through 1H.  Since Classes 1A through 1H were listed as unimpaired in the Plan, Classes 1A-H are deemed to have accepted the Plan.  *See* 11 U.S.C. § 1126(f). No votes were received nor were any objections filed by the holders of any Class 1A through 1H claims.  Accordingly, Classes 1A through 1H are deemed to have accepted the Plan.  *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that

plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

b.   **Class 2A - H**:  <u>Prudential Secured Claims</u> (Impaired Under Plan)

**Result:** One hundred percent (100%) in number and amount of the votes in Classes 2A through 2H rejected the Plan.  Accordingly, Classes 2A through 2H have rejected the Plan.

c.   **Class 3A - H**:  <u>City of Boston</u> (Impaired Under Plan)

**Result:** Two sets of ballots were submitted with respect to Class 3.  The City of Boston (the "City") submitted one set of ballots for Classes 3A, 3B, 3D, 3F, and 3G voting to accept the Plan.  The Prudential Insurance Company of America ("Prudential") submitted a second set of ballots on behalf of the City for Classes 3A through 3H that rejected the Plan.

d.   **Class 4A - H**:  <u>Miscellaneous Secured Claims</u> (Impaired Under Plan)

**Result:** No votes were received nor were any objections filed by the holders of any Class 4A through 4H claims.  Accordingly, Classes 4A through 4H are deemed to have accepted the Plan.  *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

e.   **Class 5A**:  <u>Mechanics' Lien Claims</u> (Impaired Under Plan)

**Result:** One ballot, accepting the Plan, was properly submitted from among the holders of Class 5A Claims.  One hundred percent in amount and number of the Class 5A claims voting accepted the Plan.  Accordingly, Class 5A has accepted the Plan.  One Class 5A ballot (Duggan) was improperly submitted and was not counted.

f.   **Class 6A**:  <u>Bovis Claim</u> (Impaired Under Plan)

**Result:** Bovis voted to accept the Plan on June 26, 2011, and did not file an objection to the Plan.  Accordingly, Class 6A is deemed to have accepted the Plan.  *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

g.   **Class 7A - H**: General Unsecured Claims (Impaired Under Plan)

**Result:** Eight ballots, all accepting the Plan, were properly submitted from among the holders of Class 7A Claims (against SW Boston Hotel Venture, LLC). One hundred percent in amount and number of the Class 7A claims voting accepted the Plan. Accordingly, Class 7A has accepted the Plan. No votes were received nor were any objections filed by the holders of the Class 7B through 7H claims. Accordingly, Classes 7B through 7H are deemed to have accepted the Plan. *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

h.   **Class 8A - H**: Convenience Class Claims (Impaired Under Plan)

**Result:** One ballot, accepting the Plan, was properly submitted from among the holders of Class 8H Claims (against General Trading Company). One hundred percent in amount and number of the Class 8H claims voting accepted the Plan. Accordingly, Class 8H has accepted the Plan. No votes were received nor were any objections filed by the holders of the Class 8A through 8G claims. Accordingly, Classes 8A through 8G are deemed to have accepted the Plan. *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

i.   **Class 9A & C**: Equity Interests (Impaired Under Plan)

**Result:** No votes were received nor were any objections filed by the holders of the Class 9A (Equity Interests in SW Boston Hotel Venture, LLC) or 9C (Equity Interests in 100 Stuart Street, LLC) interests. One ballot, accepting the Plan, was properly submitted from among the holders of Class 8H Claims (against General Trading Company). Since the Equity Interests held by the Class 9A and 9C claimants are being cancelled under the Plan, Classes 9A and 9C are deemed to reject the Plan. *See* 11 U.S.C. § 1126(g).

j.    **Class 9B & D through H**:  Equity Interests (Unimpaired Under Plan)

**Result:**  No ballots were received from the holders of Class 9B and 9D through 9H interests.  Since Classes 9B and 9D through 9H were listed as unimpaired in the Plan, Classes 9B and 9D through 9H are deemed to have accepted the Plan. *See* 11 U.S.C. § 1126(f).  No votes were received nor were any objections filed by the holders of any Class 9B and 9D through 9H claims.  Accordingly, Classes 9B and 9D through 9H are deemed to have accepted the Plan. *See In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988) (nonvoting, non-objecting judgment lien creditor who was only member of class deemed to have accepted plan of reorganization without further showing that plan did not discriminate unfairly or that plan was fair and equitable); *see also In re Adelphia Communications Corp.*, 368 B.R. 140, 260-62 (Bankr. S.D.N.Y. 2007) (same).

Respectfully submitted,

SW BOSTON HOTEL VENTURE, LLC,
AUTO SALES & SERVICES, INC.,
GENERAL TRADING COMPANY,
FRANK SAWYER CORPORATION,
100 STUART STREET, LLC, 30-32 OLIVER
STREET CORPORATION, GENERAL
LAND CORPORATION and 131
ARLINGTON STREET TRUST

By their attorneys,

*/s/ D. Ethan Jeffery*
Harold B. Murphy (BBO No. 362610)
D. Ethan Jeffery (BBO No. 631941)
John C. Elstad (BBO No.654469)
MURPHY & KING, P.C.
One Beacon Street
Boston, Massachusetts 02108
Telephone:  (617) 423-0400

Dated: June 24, 2011

599678

IN RE: SW BOSTON HOTEL VENTURE, LLC, ET AL
BANKRUPTCY NO. 10-14535-JNF
JOINTLY ADMINISTERED

EXHIBIT A TO

REPORT OF PLAN VOTING WITH RESPECT TO
FIRST AMENDED JOINT PLAN OF REORGANIZATION OF
SW BOSTON HOTEL VENTURE LLC, AUTO SALES &
SERVICE, INC., GENERAL TRADING COMPANY, FRANK
SAWYER CORPORATION, 100 STUART STREET, LLC,
30-32 OLIVER STREET CORPORATION, GENERAL
LAND CORPORATION AND 131 ARLINGTON STREET TRUST

**SW BOSTON HOTEL VENTURE, LLC, et al.**

**BALLOTS**

| NAME | AMOUNT | ACCEPTS | REJECTS |
|------|--------|---------|---------|

**Class 1 - Priority Claims**

Classes 1A to 1H - No ballots received

**Class 2 - The Prudential Insurance Company of America**

| | | | |
|------|--------|---------|---------|
| **Class 2A - SW Boston Hotel Venture, LLC** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2B - 30-32 Oliver Street Corporation** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2C - 100 Stuart Street, LLC** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2D - 131 Arlington Street Trust** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2E - Auto Sales & Service, Inc.** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2F - Frank Sawyer Corporation** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2G - General Land Corporation** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |
| **Class 2H - General Trading Company** | $ 182,892,659.15 | | X |
| Total of Accepting Ballots | 1 | | |
| % Rejecting | 100% | | |

| NAME | AMOUNT | ACCEPTS | REJECTS |
|------|--------|---------|---------|

**Class 3 - City of Boston**

**Class 3A - SW Boston Hotel Venture, LLC**
| - City of Boston Ballot | $ 10,704,247.00 | X | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3B - 30-32 Oliver Street Corporation**
| - City of Boston Ballot | $ 10,704,247.00 | X | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3C - 100 Stuart Street, LLC**
| - City of Boston Ballot | None | | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3D - 131 Arlington Street Trust**
| - City of Boston Ballot | $ 10,704,247.00 | X | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3E - Auto Sales & Service, Inc.**
| - City of Boston Ballot | None | | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3F - Frank Sawyer Corporation**
| - City of Boston Ballot | $ 10,704,247.00 | X | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3G - General Land Corporation**
| - City of Boston Ballot | $ 10,704,247.00 | X | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

**Class 3H - General Trading Company**
| - City of Boston Ballot | None | | |
| - Prudential Ballot | $ 10,500,000.00 | | X |
| Total of Accepting Ballots | ? | | |
| % Accepting | ? | | |

| NAME | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|

**Class 4 - Miscellaneous Secured Claims**

Classes 4A to 4H - No ballots received

**Class 5A - Mechanics Lien Claims**

| | | | |
|---|---|---|---|
| Front Line, Inc. | $    38,719.50 | X | |
| Total of Accepting Ballots | 1 | | |
| % Accepting | 100% | | |

**Class 6 - Bovis Allowed Claim**

Vote to accept Plan received on June 26, 2011.

**Class 7 - General Unsecured Claims**

### Class 7A - SW Boston Hotel Venture, LLC

| | | | |
|---|---|---|---|
| Capital Hotel Management, LLC | $    60,867.24 | X | |
| DiPesa & Company | $    10,000.00 | X | |
| Edwards Angell Palmer & Dodge, LLP | $    263,084.71 | X | |
| Gilmartin, Magence & Ross, LLP | $    75,075.27 | X | |
| GS Associates, Inc. | $    157,337.24 | X | |
| MS Signs, Inc. | $    19,977.14 | X | |
| Nstar Electric & Gas | $    59,119.81 | X | |
| TRO Jung Brannen | $    66,361.69 | X | |
| Total of Accepting Ballots | 8 | | |
| % Accepting | 100% | | |
| | | | |
| Insider ballots not counted | | | |
| SE Berkeley Street, LLC | $    17,300,000.00 | X | |
| SE McClellan Highway, LLC | $    17,300,000.00 | X | |
| Carol Parks | $    17,300,000.00 | X | |

### Class 7B - 30-32 Oliver Street Corporation

No non-insider ballots received

| | | | |
|---|---|---|---|
| Insider ballots not counted | | | |
| SE Berkeley Street, LLC | $    17,300,000.00 | X | |
| SE McClellan Highway, LLC | $    17,300,000.00 | X | |
| Carol Parks | $    17,300,000.00 | X | |

### Class 7C - 100 Stuart Street, LLC

No non-insider ballots received

| | | | |
|---|---|---|---|
| Insider ballots not counted | | | |
| SE Berkeley Street, LLC | $    17,300,000.00 | X | |
| SE McClellan Highway, LLC | $    17,300,000.00 | X | |
| Carol Parks | $    17,300,000.00 | X | |

| NAME | AMOUNT | ACCEPTS | REJECTS |
|------|--------|---------|---------|

**Class 7D - 131 Arlington Street Trust**

No non-insider ballots received

Insider ballots not counted

| | | | |
|------|--------|---------|---------|
| SE Berkeley Street, LLC | $ 17,300,000.00 | X | |
| SE McClellan Highway, LLC | $ 17,300,000.00 | X | |
| Carol Parks | $ 17,300,000.00 | X | |

**Class 7E - Auto Sales & Service, Inc.**

No non-insider ballots received

Insider ballots not counted

| | | | |
|------|--------|---------|---------|
| SE Berkeley Street, LLC | $ 17,300,000.00 | X | |
| SE McClellan Highway, LLC | $ 17,300,000.00 | X | |
| Carol Parks | $ 17,300,000.00 | X | |

**Class 7F - Frank Sawyer Corporation**

No non-insider ballots received

Insider ballots not counted

| | | | |
|------|--------|---------|---------|
| SE Berkeley Street, LLC | $ 17,300,000.00 | X | |
| SE McClellan Highway, LLC | $ 17,300,000.00 | X | |
| Carol Parks | $ 17,300,000.00 | X | |

**Class 7G - General Land Corporation**

No non-insider ballots received

Insider ballots not counted

| | | | |
|------|--------|---------|---------|
| SE Berkeley Street, LLC | $ 17,300,000.00 | X | |
| SE McClellan Highway, LLC | $ 17,300,000.00 | X | |
| Carol Parks | $ 17,300,000.00 | X | |

**Class 7H - General Trading Company**

No non-insider ballots received

Insider ballots not counted

| | | | |
|------|--------|---------|---------|
| SE Berkeley Street, LLC | $ 17,300,000.00 | X | |
| SE McClellan Highway, LLC | $ 17,300,000.00 | X | |
| Carol Parks | $ 17,300,000.00 | X | |

**Class 8 - Convenience Class Claims**

**Class 8A - SW Boston Hotel Venture, LLC**

No ballots received

| NAME | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|

**Class 8B - 30-32 Oliver Street Corporation**

No ballots received

**Class 8C - 100 Stuart Street, LLC**

No ballots received

**Class 8D - 131 Arlington Street Trust**

No ballots received

**Class 8E - Auto Sales & Service, Inc.**

No ballots received

**Class 8F - Frank Sawyer Corporation**

No ballots received

**Class 8G - General Land Corporation**

No ballots received

**Class 8H - General Trading Company**

| NAME | AMOUNT | ACCEPTS | REJECTS |
|---|---|---|---|
| W.B. Mason Co., Inc. | $ 154.54 | X | |
| Total of Accepting Ballots | 1 | | |
| % Accepting | 100% | | |

**Class 9A & C - Equity Interests**

No ballots received

**Class 9 B & D through H - Equity Interests**

No ballots received