UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re:  SW Boston Hotel Venture LLC and 30-32    Case Number: 10-14535    Ch: 11
Oliver Street Corporation

**MOVANT/APPLICANT/PARTIES:**
Evidentiary Confirmation Hearing:
#586 First Amended [512] Joint Plan of Reorganization of SW Boston Hotel Venture LLC et al
#688 Affidavit of M. Freddie Reis
#689 Affidavit of Paul Griesmer
#690 Objection to Confirmation of Plan by Prudential Insurance Company Of America
#695 Affidavit of Steven Kravetz In Support of Confirmation
#697 Brief Regarding Assignment of Voting Rights in Subordination Agreements filed by Creditor

**OUTCOME:**
____ Granted ____ Denied ____ Approved ____ Sustained
____ Denied ____ Denied without prejudice ____ Withdrawn in open court ____ Overruled
____ OSC enforced/released
____ Continued to:_____ For:_____
____ Formal order/stipulation to be submitted by:_____ Date due:_____
____ Findings and conclusions dictated at close of hearing incorporated by reference
____ Taken under advisement: Brief(s) due_____ From_____
              Response(s) due_____ From_____
____ Fees allowed in the amount of: $_____ Expenses of: $_____
____ No appearance/response by:_____

#586 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Evidentiary hearing held.  The Court took the matters under advisement and the parties shall file post trial briefs by August 1, 2011 at 4:30 PM.

IT IS SO NOTED:                    IT IS SO ORDERED:

                                   /s/ Joan N. Feeney
                                                          Dated: 06/29/2011
_____
Courtroom Deputy                   Joan N. Feeney, U.S. Bankruptcy Judge