# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: SW Boston Hotel Venture LLC and 30-32 Oliver Street Corporation    Case Number: 10-14535    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#600 Motion by Prudential Insurance Company Of America to Reconsider (Re: #582 Order) Order on Debtors' Motion to Extend Deadline to Solicit Acceptances of a Plan
#601 Response by Creditor Committee
#602 Opposition by Debtor

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#600 DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The motion is now moot.

IT IS SO NOTED:                         IT IS SO ORDERED:

                                        /s/ Joan N. Feeney
_____                  _____ Dated: 06/29/2011
Courtroom Deputy                        Joan N. Feeney, U.S. Bankruptcy Judge