UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~

In re:
**SW HOTEL VENTURE, LLC, et al.,**[1]    Chapter 11
    Debtors    Case No. 10-14535-JNF
    (Jointly Administered)

~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated October 4, 2011, the Court hereby grants in part and denies in part the Motion of The Prudential Insurance Company of America for an Order Authorizing the Application of Payments Received during the Chapter 11 Cases to Payment of Postpetition Interest pursuant to Section 506(b) of the Bankruptcy Code. The Court authorizes the payment of pendency interest at the default rate of interest set forth in the Construction Loan Agreement. The Court denies any request for attorneys' fees or other fees, costs, or charges.

The Court directs the parties to submit an agreed order as to the amount of Prudential's claim, itemizing the amount of default interest from June 8, 2011 to the date

---

[1] The other Debtors in these jointly administered cases are Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF) (the "Affiliated Debtors").

of this order.[2] In the event the parties are unable to agree to a form of order, the Court shall accept proposed orders from the parties, in which event the Court shall resolve any disputes. The Court directs the parties to submit the order(s) on or before October 18, 2011.

By the Court,

*[signature: Joan N. Feeney]*

Joan N. Feeney
United States Bankruptcy Court

Dated: October 4, 2011

---

[2] The Court recognizes that the amount of interest and the amount of Prudential's claim will have to be adjusted as the Debtors' Modified First Amended Joint Plan of Reorganization has not been confirmed and sales of Residences will affect the balance of the loan.