UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                                        )
**In re**                                                    )
                                                        )     **Chapter 11**
**SW BOSTON HOTEL VENTURE LLC, *et al.*,**[1]   )     **Case No. 10-14535 (JNF)**
                                                        )
                        **Debtors.**                       )     **Jointly Administered**
_____)

## NOTICE OF APPEAL

The Prudential Insurance Company of America on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA ("Prudential"), creditor, appeals under 28 U.S.C. § 158(a)(1) from (i) the Memorandum regarding Prudential's Motion for an Order Authorizing the Application of Payments Received During the Chapter 11 Cases to Payment of Postpetition Interest Pursuant to Section 506(b) of the Bankruptcy Code [Docket No.835] (the "Memorandum"), and (ii) the related Order denying the Motion for an Order Authorizing the Application of Payments Received During the Chapter 11 Cases to Payment of Postpetition Interest Pursuant to Section 506(b) of the Bankruptcy Code [Docket No. 836] (the "Order"), both entered in the above-captioned chapter 11 case on October 4, 2011. A copy of the Memorandum is attached as Exhibit A and a copy of the Order is attached as Exhibit B.

The names of all parties to the Memorandum and the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The "Debtors" are SW Boston Hotel Venture LLC (Case No. 10-14535-JNF), Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF).

**Parties:**     Prudential Insurance Company of America on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA (Appellant – secured creditor)

<u>Counsel</u>

Gina L. Martin, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000

-and-

Emanuel C. Grillo, Esq.
Meagan E Costello, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800

**Parties:**     SW Boston Hotel Venture LLC, Auto Sales & Service, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust (Appellees – debtors)

<u>Counsel</u>

Harold B. Murphy, Esq.
D. Ethan Jeffery, Esq.
Charles R. Bennett, Esq.
Murphy & King, P.C.
One Beacon Street, 21st Floor
Boston, Massachusetts 02108
Telephone: (617) 423-0400

**Parties:**     City of Boston (secured creditor)

<u>Counsel</u>

E. Kate Buyuk, Esq.
Joseph F. Ryan, Esq.
Lyne, Woodworth & Evarts LLP
12 Post Office Square, 2nd Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6655

**Parties:**     Official Committee of Unsecured Creditors  (appointed pursuant to 11 U.S.C. § 1102 [Docket No. 74])

<u>Counsel</u>

Bruce F. Smith, Esq.
Michael J. Fencer, Esq.
Brendan C. Recupero, Esq.
Jager Smith P.C.
One Financial Center
Boston, Massachusetts 02211
Telephone: (617) 951-0500

[*Remainder of page intentionally left blank*]

Respectfully submitted,

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ON BEHALF OF AND SOLELY FOR THE BENEFIT OF, AND WITH ITS LIABILITY LIMITED TO THE ASSETS OF, ITS INSURANCE COMPANY SEPARATE ACCOUNT, PRISA

By: /s/ Gina L. Martin
Gina L. Martin (BBO# 643801)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231
Email: gmartin@goodwinprocter.com

-and-

Emanuel C. Grillo
Meagan E Costello
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone (212) 813-8800
Facsimile (212) 355-3333

*Attorneys for The Prudential Insurance Company of America on Behalf of and Solely for the Benefit of, and with its Liability Limited to the Assets of, its Insurance Company Separate Account, PRISA*

Dated: October 12, 2011