UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: SW Boston Hotel Venture LLC and 30−32 Oliver Street Corporation

Chapter 11

Bankruptcy Case 10−14535
Judge Joan N. Feeney

## NOTICE OF FILING OF APPEAL TO BANKRUPTCY APPELLATE PANEL

A Notice of Appeal in the above case/proceeding was filed on **OCTOBER 12, 2011** and has been forwarded to the Bankruptcy Appellate Panel. Appellees have 30 days from the date of the service of this notice to file an election with the Bankruptcy Appellate Panel to have the matter transferred to the United States District Court.

Please refer to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001 et seq. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within fourteen (14) days of the filing of the:

      1. Notice of Appeal, or
      2. Entry of an Order granting leave to appeal, or
      3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within fourteen (14) days after service of the Appellant's Designation and Statement.

Upon the filing of the Designation of Record and Statement of Issues on Appeal, and after expiration of the fourteen (14) day period for the Appellee to file a Designation of Additional Papers, the Clerk's Office will forward the documents designated by the parties to the Bankruptcy Appellate Panel electronically.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:10/12/11

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

David Krinsky
Deputy Clerk
(617) 748− 5321