UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
                                            )
**In re**                                   )
                                            )    **Chapter 11**
**SW BOSTON HOTEL VENTURE LLC**, *et al.*,[1]  )    **Case No. 10-14535 (JNF)**
                                            )
          **Debtors.**                      )    **Jointly Administered**
_____)

## NOTICE OF APPEAL

The Prudential Insurance Company of America, on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA ("Prudential"), creditor, appeals under 28 U.S.C. § 158(a)(1) from the Order Fixing Amount of Allowed Prudential Secured Claim as of October 4, 2011 [Docket No. 846] (the "Order"), entered in the above-captioned case on October 21, 2011.  A copy of the Order is attached as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Parties:**    Prudential Insurance Company of America on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA (Appellant – secured creditor)

---

[1] The "Debtors" are SW Boston Hotel Venture LLC (Case No. 10-14535-JNF), Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF).

                Counsel

                Gina L. Martin, Esq.
                Goodwin Procter LLP
                Exchange Place
                53 State Street
                Boston, Massachusetts 02109
                Telephone: (617) 570-1000

                -and-

                Emanuel C. Grillo, Esq.
                Goodwin Procter LLP
                The New York Times Building
                620 Eighth Avenue
                New York, New York 10018
                Telephone: (212) 813-8800

**Parties:**      SW Boston Hotel Venture LLC, Auto Sales & Service, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust (Appellees – debtors)

                Counsel

                Harold B. Murphy, Esq.
                D. Ethan Jeffery, Esq.
                Charles R. Bennett, Esq.
                Murphy & King, P.C.
                One Beacon Street, 21st Floor
                Boston, Massachusetts 02108
                Telephone: (617) 423-0400

**Parties:**      City of Boston (secured creditor)

                Counsel

                E. Kate Buyuk, Esq.
                Joseph F. Ryan, Esq.
                Lyne, Woodworth & Evarts LLP
                12 Post Office Square, 2nd Floor
                Boston, Massachusetts 02109
                Telephone: (617) 523-6655

**Parties:**   Official Committee of Unsecured Creditors  (appointed pursuant to 11 U.S.C. § 1102 [Docket No. 74])

<u>Counsel</u>

Bruce F. Smith, Esq.
Michael J. Fencer, Esq.
Brendan C. Recupero, Esq.
Jager Smith P.C.
One Financial Center
Boston, Massachusetts 02211
Telephone: (617) 951-0500

[*Remainder of page intentionally left blank*]

        Respectfully submitted,

        THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ON BEHALF OF AND SOLELY FOR THE BENEFIT OF, AND WITH ITS LIABILITY LIMITED TO THE ASSETS OF, ITS INSURANCE COMPANY SEPARATE ACCOUNT, PRISA

        By:  */s/ Gina L. Martin*
Gina L. Martin (BBO# 643801)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231
Email: gmartin@goodwinprocter.com

-and-

Emanuel C. Grillo
Meagan E Costello
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone (212) 813-8800
Facsimile (212) 355-3333

*Attorneys for The Prudential Insurance Company of America, on Behalf of and Solely for the Benefit of, and with its Liability Limited to the Assets of, its Insurance Company Separate Account, PRISA*

Dated:  November 3, 2011

4

## **CERTIFICATE OF SERVICE**

    I, Gina L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2011.

                                                    /s/ Gina L. Martin