UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Chapter 11 |
| SW BOSTON HOTEL VENTURE LLC, *et al.*,[1] | ) Case No. 10-14535 (JNF) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

## NOTICE OF APPEAL

The Prudential Insurance Company of America, on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA ("Prudential"), creditor, appeals to the Bankruptcy Appellate Panel for the First Circuit under 28 U.S.C. § 158(a)(1) and (c)(1) from the (a) the Memorandum regarding the Debtors' First Modified Joint Plan of Reorganization, entered on November 14, 2011 [Docket No. 867] (the "Confirmation Memorandum"), (b) the Order regarding the Debtors' First Modified Joint Plan of Reorganization, entered on November 14, 2011 [Docket No. 868] (the "Memorandum Order") and (c) the Findings of Fact, Conclusions of Law, and Order Confirming Modified First Amended Joint Plan of Reorganization of SW Boston Hotel Venture LLC, Auto Sales & Service, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust, entered on November 16, 2011 [Docket No. 869] (the "Confirmation Order"). A copy of the Confirmation

---

[1] The "Debtors" are SW Boston Hotel Venture LLC (Case No. 10-14535-JNF), Auto Sales & Service, Inc. (Case No. 10-14528-JNF), General Trading Company (Case No. 10-14532-JNF), Frank Sawyer Corporation (Case No. 10-14533-JNF), 100 Stuart Street, LLC (Case No. 10-14534-JNF), 30-32 Oliver Street Corporation (Case No. 10-16173-JNF), General Land Corporation (Case No. 10-16174-JNF), and 131 Arlington Street Trust (Case No. 10-16177-JNF).

Memorandum is attached as <u>Exhibit A</u>.  A copy of the Memorandum Order is attached as <u>Exhibit B</u>.  A copy of the Confirmation Order is attached as <u>Exhibit C</u>.

The names of all parties to the Confirmation Memorandum, the Memorandum Order and the Confirmation Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Parties:**     Prudential Insurance Company of America on behalf of and solely for the benefit of, and with its liability limited to the assets of, its insurance company separate account, PRISA (Appellant – secured creditor)

<u>Counsel</u>

Gina L. Martin, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000

-and-

Emanuel C. Grillo, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800

**Parties:**     SW Boston Hotel Venture LLC, Auto Sales & Service, Inc., General Trading Company, Frank Sawyer Corporation, 100 Stuart Street, LLC, 30-32 Oliver Street Corporation, General Land Corporation and 131 Arlington Street Trust (Appellees – debtors)

|  |  |
|---|---|
|  | <u>Counsel</u> |
|  | Harold B. Murphy, Esq.<br>D. Ethan Jeffery, Esq.<br>Charles R. Bennett, Esq.<br>Murphy & King, P.C.<br>One Beacon Street, 21st Floor<br>Boston, Massachusetts 02108<br>Telephone: (617) 423-0400 |
| **Parties:** | City of Boston (secured creditor) |
|  | <u>Counsel</u> |
|  | E. Kate Buyuk, Esq.<br>Joseph F. Ryan, Esq.<br>Lyne, Woodworth & Evarts LLP<br>12 Post Office Square, 2nd Floor<br>Boston, Massachusetts 02109<br>Telephone: (617) 523-6655 |
| **Parties:** | Official Committee of Unsecured Creditors  (appointed pursuant to 11 U.S.C. § 1102 [Docket No. 74]) |
|  | <u>Counsel</u> |
|  | Bruce F. Smith, Esq.<br>Michael J. Fencer, Esq.<br>Brendan C. Recupero, Esq.<br>Jager Smith P.C.<br>One Financial Center<br>Boston, Massachusetts 02211<br>Telephone: (617) 951-0500 |

[*Remainder of page intentionally left blank*]

Respectfully submitted,

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ON BEHALF OF AND SOLELY FOR THE BENEFIT OF, AND WITH ITS LIABILITY LIMITED TO THE ASSETS OF, ITS INSURANCE COMPANY SEPARATE ACCOUNT, PRISA

By: */s/ Gina L. Martin*
Gina L. Martin (BBO# 643801)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231
Email: gmartin@goodwinprocter.com

-and-

Emanuel C. Grillo
Meagan E Costello
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone (212) 813-8800
Facsimile (212) 355-3333

*Attorneys for The Prudential Insurance Company of America, on Behalf of and Solely for the Benefit of, and with its Liability Limited to the Assets of, its Insurance Company Separate Account, PRISA*

Dated: November 17, 2011